UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEDRIN SANDERS,

    Plaintiff,

    v.                                      CASE NO.: 8:18-cv-01427-SDM-MAP

TRANSWORLD SYSTEMS INC.,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Transworld Systems Inc. (TSI), through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: August 2, 2018

                                        Respectfully submitted,

                                        */s/ Michael P. Schuette*
                                        Michael P. Schuette, Esq.
                                        Florida Bar No. 0106181
                                        Dayle M. Van Hoose, Esq.
                                        Florida Bar No. 0016277
                                        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                        3350 Buschwood Park Drive, Suite 195
                                        Tampa, Florida 33618
                                        Telephone: (813) 890-2460
                                        Facsimile: (866) 466-3140

mschuette@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendants,
Transworld Systems Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of August 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Heather H. Jones, Esq.
William "Billy" Peerce Howard, Esq.
The Consumer Protection Firm, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com

*/s/ Michael P. Schuette*
Attorney