**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DEDRIN SANDERS,

    Plaintiff,

v.     CASE NO.: 8:18-cv-01427-SDM-MAP

TRANSWORLD SYSTEMS INC.

    Defendant.

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

COMES NOW, Plaintiff Dedrin Sanders, and Defendant Transworld Systems Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted on August 28, 2018.

| | |
|---|---|
| */s/ Heather H. Jones* | */s/ Michael P. Schuette* |
| Heather H. Jones, Esq. | Michael P. Schuette, Esq. |
| Florida Bar No.: 0118974 | Florida Bar No.: 0106181 |
| William "Billy" Peerce Howard, Esq. | Dayle M. Van Hoose, Esq. |
| Florida Bar No.: 0103330 | Florida Bar No.: 0016277 |
| THE CONSUMER PROTECTION FIRM, PLLC | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC |
| 4030 Henderson Blvd. | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL  33629 | Tampa, FL  33618 |
| Tel (813) 500-1500/Fax: (813) 435-2369 | Tel: (813) 440-5327 |
| Heather@TheConsumerProtectionFirm.com | Fax: (866) 466-3140 |
| Billy@TheConsumerProtectionFirm.com | mschuette@sessions.legal |
| *Attorneys for Plaintiff* | dvanhoose@sessions.legal |
| | *Attorney for Defendant* |