UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEDIN SANDERS
a/k/a DEDRIN SANDERS,*

    Plaintiff,

v.                                                               CASE NO. 8:18-cv-1427-T-23SPF

TRANSWORLD SYSTEMS, INC.,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 13), the action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on August 29, 2018.

                                                                                *[signature]*
                                                  STEVEN D. MERRYDAY
                                            UNITED STATES DISTRICT JUDGE

    * Plaintiff's counsel advises that the plaintiff's correct name is "Dedrin Sanders" rather than "Dedin Sanders."